UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. __3:12CV-584-R__

D. DUANE JACK
3512 Historic Dr.
Louisville, Kentucky 40299                                                                 PLAINTIFF

vs.                                   **C O M P L A I N T**

BAE SYSTEMS LAND & ARMAMENTS L.P.
1300 North 17th Street
Suite 1400
Arlington, Va 22209

      **SERVE:**    C T Corporation System
                         306 W Main St
                         Suite 512
                         Frankfort, KY 40601                                               DEFENDANT

**********

      Comes now the Plaintiff, D. Duane Jack, and for his cause of action against the Defendant, BAE Systems Land & Armaments L.P., *(hereinafter referred to as BAE)* states as follows:

      1.     Plaintiff resides in Louisville, Jefferson County, Kentucky.

      2.     Defendant, BAE Systems Land & Armaments L.P., with offices in Louisville, Jefferson County, Kentucky.

      3.     All actions complained of herein occurred in Jefferson County, Kentucky.

      4.     Plaintiff is a disabled individual who was employed by the Defendant as a Senior Buyer in its Louisville, Kentucky facility.

## COUNT I

5. Plaintiff informed his employer that he was going to the doctor and would get the necessary documents to be placed on short term disability.

6. Defendant terminated Plaintiff before he went to the doctor and subsequently denied Plaintiff's claim for short term disability benefits stating that Plaintiff was ineligible for short term disability benefits because he was terminated prior to his doctor's statement qualifying him for short term disability benefits.

7. The denial of short term disability benefits to Plaintiff by Defendant precluded Plaintiff from receiving long term disability benefits.

8. The termination of Plaintiff by Defendant so that Plaintiff could not receive short term disability benefits and long term disability benefits violates the rights of Plaintiff secured by the Employee Retirement Income Securities Act of 1974 (ERISA) 29 USC §1140.

9. As a result of the wrongful acts of Defendant, Plaintiff suffered a loss of pay and benefits and mental and physical pain and anguish for which relief may be had.

**WHEREFORE**, the Plaintiff, D. Duane Jack, respectfully prays that this Honorable Court grant judgment against the Defendant, BAE Systems Land & Armaments L.P., as follows:

1. That this Court restrain, temporarily and permanently enjoin, the Defendant, BAE Systems Land & Armaments L.P., its agent, officials, successors, employees, attorneys and those acting in concern with them under their discretion from engaging in the policies and practices complained of herein, from further violating the rights of the Plaintiff protected by 29 USC §1140. until further orders of this Court.

2.       Grant Plaintiff a declaratory judgment that the actions of the Defendant complained of herein violate the rights of Plaintiff.

3.       Grant Plaintiff an award of damages for back pay and lost benefits and compensatory damages as shall be just.

4.       Grant Plaintiff any other relief to which he may appear entitled, including but not limited to his costs herein expended, a trial by jury and an award of reasonable attorney fees.

/s/ Michael L. Boylan
MICHAEL L. BOYLAN
*Attorney for Plaintiffs*
807 West Market Street
Louisville, Kentucky 40202
(502) 581-9206

## VERIFICATION

The Plaintiff, **D. DUANE JACK**, states that he has read the allegations of the forgoing Complaint and that the statements contained herein are true and correct to the best of his knowledge and belief.

/s/ D. Duane Jack
**D. DUANE JACK**

**SUBSCRIBED AND SWORN** to before me by **D. DUANE JACK** on this 12th day of September, 2012.

My Commission Expires:     May 13, 2013    .

/s/   Linda L. King
NOTARY PUBLIC,
State at Large, KENTUCKY